**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| SABRINA MUHAMMED, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-11-015 |
| | § | |
| OFFICE OF REGISTRATION AND | § | |
| ACADEMIC RECORDS, *et al.*, | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Sabrina Muhammed has filed a third motion to reconsider. (Docket Entry No. 14). She indicates that she has new evidence that requires reinstating the case. Ms. Muhammed has not, however, presented her newly discovered evidence for the court to consider. She must submit an affidavit, under oath, describing her newly discovered evidence and explaining why it requires this court to permit her to proceed with this case as well as the case she filed previously in Judge Hoyt's court, no later than **Monday, July 25, 2011**.

SIGNED on July 5, 2011, at Houston, Texas.

Lee H. Rosenthal
United States District Judge