IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| SABRINA MUHAMMED, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-11-0015 |
| § | |
| OFFICE OF REGISTRATION AND § | |
| ACADEMIC RECORDS, *et al.*, § | |
| § | |
| Defendants. § | |

**ORDER**

The plaintiff, Sabina Muhammed, filed a motion to reconsider the denial of her second motion for reconsideration. (Docket Entry No. 14). Because that motion indicated that Muhammed had newly discovered evidence that required this case's reinstatement, this court ordered Muhammed to submit an affidavit, under oath, describing that newly discovered evidence and explaining why it required this court to permit her to proceed with this case as well as the case previously filed in Judge Hoyt's court. (Docket Entry No. 15). Muhammed filed a "statement in lieu of affidavit." (Docket Entry No. 18). That statement does not describe any newly discovered evidence. *See Templet v. HydroChem Inc.*, 367 F.3d 473, 478–79 (5th Cir. 2004). Muhammed's third motion for reconsideration, (Docket Entry No. 14), is denied.

SIGNED on October 17, 2011, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge